**RECEIVED**

NOV 9 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Janee' Marchelle Fuller

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*(Write the full name of each plaintiff who is filing this complaint.  If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

The United States of
America Military & The
United States Intelligence
Community

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:

☐ Yes    ☒ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Janee' Marchelle Fuller |
| Street Address | 9815 Schelde Dr. |
| City and County | Saint Louis County |
| State and Zip Code | Missouri 63126 |
| Telephone Number | 314-326-6563 |
| E-mail Address | 389.jmf@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | USA Military & Intelligence Community |
| Job or Title | Military & Intelligence Comm. Members |
| Street Address | The Pentagon |
| City and County | Washington, DC |
| State and Zip Code | 20310 |
| Telephone Number | 703-695-6518 |
| E-mail Address | N/A |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
My first, third, fourth, fifth, eighth, ninth, thirteenth
and fourteenth amendments have been violated daily for the
past five years.
```

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

```
The US Military; The Army, The Air Force and The Navy

The US Intelligence Community; The CIA, DARPA, DHS, DIA,
DOD, FBI, NGA and the NSA
```

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

To be discussed.

4

**III.    Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For
every defendant you have named in this complaint, you must state what he or she personally did
to harm you.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court
cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

    1.    What happened to you?
    2.    When did it happen?
    3.    Where did it happen?
    4.    What injuries did you suffer?
    5.    What did each defendant personally do, or fail to do, to harm you?

See Attachment

**IV.    Relief**

    State briefly and precisely what damages or other relief you want from the Court.  Do
    not make legal arguments.

    See Attachment

III.

Statement of Claim

The United States Military

1. "No right is held more sacred, or is more carefully guarded, by common law, than the

right of every individual to the possession and CONTROL of his/her OWN person,

FREE from all RESTRAINT or INTERFERENCE of OTHERS, unless by clear and

questionable authority of law." This was stated by Justice Gray of The U.S. Supreme

Court.

Members or a member of the United States Military and The United States

Intelligence Community at one time were pretending to be God. Some call it the voice

of God, and that alone made me lose my faith in the high power. I have a right to

freedom of religion, without any interference of anyone in my beliefs about God.

I have been tortured, intimidated, harassed, mentally and verbally abused,  and

sexually and physically assaulted daily for the past five years through government

resources, all while reporting my concerns to local, federal and international

authorities. I have been manipulated on several occasions, because they love

showing how involuntary their device and/or computer program is. I have been threatened to have intellectual property stolen from me, because no one knew and/or knows about the audio or surveillance named or formerly named MK ULTRA (Mind Kontrol.) Another reason my ideas were being threatened to be stolen is because, no one would believe they (the ideas) were mine, because of my physical features. The last reason I'll state for the attempting to steal and or actually stealing of my intellectual property was for all the times I stole in my life, James Mattis said I (Janee' M Fuller) will be getting stole from forever.

My privacy has and still is being invaded though what they (The United States MILITARY AND INTELLIGENCE COMMUNITY) call the CHILDRENS HEALTH INSURANCE PROGRAM, but its acronym is really what it says CHIP. It's a microchip implanted in all citizens who have been vaccinated. Privacy invaded includes medical records, personal thoughts, induced sexual and physical pain and visual surveillance (view from my eyes while I bathe, while I am intimate with sexual partners, being surveilled while I speak in confidence with psychotherapist.)

1st Amendment

I would like to first state that I have said very disrespectful, very hateful things as well threating things in defense of my current situation, but I would like the court to know the first amendment was nugatory (of NO FORCE OR EFFECT; USELESS; INVALID.) If the United States Military and Intelligence Community claim the same for the words of their members I allege that would be a lie. My first amendment right has and is still being violated by threats, received through audio, first about a gag order, because I exhausted all resources of help and began to express my pain and situation to any who would listen. On the audio there will be threats against my life,

because they claim I am responsible for a threat against The United States of America National Security, because those things I would express are TOP SECRECT. I (Janee' M Fuller) DO NOT have a clearance code. When in reality had they (The United States Military and Intelligence Community Members) NOT tortured and taunted me I WOULD NOT have even recognized these resources exist. So all their questioning and taunting I heard (through the audio part of the government device,) means they (THE USA) exposed their own resources. I have a right to freedom of speech. I have a right to tell someone what happened to me. I don't have to be subliminal about it, because how would they understand if I were not straight forward. I was even threaten when I told my local city and county police the truth. I was also threaten when I would be committed to local psych wards, when paranoia or rage set in, when I told the doctor the truth.



There are nine exemptions and three exclusion when seeking FOIA on info from government cases and/or resources, those exemptions and exclusions prevent me from having proof. If any information requested is about national security it will not be granted.  Which is what I would need to prove this case beyond a reasonable doubt. There will be audio saying I would be allowed to access if I requested, but like all things said here was probably a set up. However, these resources that are invading MY PRIVACY AND THE PRIVACY OF MY FAMILY, sexually and physically assaulting me and manipulating me (no matter how hard I try to have self-control at all times,) are SO PROTECTED that they (they being, several government agencies I've called) don't admit or deny that these devices (resources) even exist.

My right to petition the Government for a redress of grievances has been violated by the fact that each time, I have tried to put my best foot forward and get a suit into the court after 2018's suits, I was literally distracted due to manipulation or talked out of it, because in 2017 Dr. Eyeman diagnosed me with paranoid schizophrenia. So when I would contact local police or federal agencies, when I felt uncomfortable, they (the police officers) always asked about the diagnosis. And, since paranoid schizophrenics hear voices, see things and taste things that are not there, nothing I reported was every documented except a few times, but there was always that stigma hanging there as well. I was told through audio that I would not receive any monetary relief because I was also using and had knowledge of this resource (A GOV. RES.). The audio also has taunts about how I will receive CAPITAL MURDER for not accepting any form of relief in money. A form of manipulation. But, they also say how I won't receive any money relief because they claimed I lied about Raymond Kinchen Jr., Malia Obama and her family, Kirstyn Gant, James Mattis and several of his alleged grandchildren, who I had NO CLUE I attended elementary, middle or high school with James Mattis' grandchildren. Those people defamed their own name. This shows manipulation they say "take money," "don't take money!" "You don't deserve money," "this isn't rape money." I did not ever lie about these people I only stated what I had HEARD through this resource. I ALWAYS state when speaking to police and or federal dispatchers that these things may not be TRUE but I AM 100% SURE THESE THINGS I HEARD. The final way my freedom to redress the government was denied, is when I (like now and in 2018) am preparing a suit for court they (The US Military and The Intelligence Community (or TERRORIST with access to the United States Military and The United States Intelligence Community

resources)) can see your law suit through the visual surveillance. And, they have already and can attack your claims and before you know it you're passed your 22 page limit and you feel as if you've already been to court. Making it hard to prepare for court. Anyways the point was they know your case and can know all your allegations, before it is even place and stamped in the court system.

3rd Amendment

My third amendment has and is still being violated because No Soldier shall, in time of PEACE be quartered in any house (house in this case will mean MY BODY,) without the consent of the Owner, nor in time of WAR, but in a manner to be prescribed by law.

They claim that I am under investigation for the raped of my niece, the rape of my two older cousins, the attempted murder of my mother when I was 15, the armed robbery of a Chinese restaurant when I was 17, the sexual assault of 5 children when I was a child 12 and under. So since you're NOT to be stationed in time of PEACE OR WAR unless written, there would be no reason to be here. And, since this is an interrogation I should not know I AM BEING INTERROGATED (especially since this a top secret resource used to interrogate.) Quartering for any reason, war or peace, or because it was ordered or written would still violate my fifth amendment.

4th Amendment

My fourth amendment protects me from unreasonable searches and seizures by the government. However, like I stated above my C.H.I.P surveillance was searched, one invading my privacy and secondly was used to alter several frames (ei I kissed my nieces belly, I do not know who but the frame was froze and it could

appear that my face was at her vaginal area.) They have also violated my HIPPA through seizing medical records to make it look like there have been stigmas my whole life and nothing I say is to be believed. My HIPPA was also violated because how would James Mattis and a white male who answers on the audio to Mike but he may be Mark Hicks know I was diagnosed with bi polar 1 or 2 or paranoid schizophrenia. I never been to any therapy session with either Mark or James. (Just now between 2:57pm and 2:59pm as I type today 10/23/2022 the audio will say "Janee' Capital Murder" as I type this law suit.) It is extremely UNREASONABLE to use an EIT and elicit information from me, while they were under the impression I was intentionally passing HIV, because something as REASONABLE as a wanted (a temporary detainment for questioning) out for me and a DNA sample. They used my eye phone to surveil me, but you can't see HIV. It is also unreasonable to think anyone would want their rapist raped instead of punished.

5th Amendment

My fifth amendment guarantees me the right to remain silent, especially in a capital and or other infamous crime. One I was never arrested or read my MIRANDA RIGHTS in the cases of rape of my niece, my cousins, attempted murder of my mother. Nor armed criminal action and robbery (don't know which degree,) the sexual assault of 5 children, spitting in food, the intentional transmission of HIV or prostitution. I am the victim of contract killing, killing that will leave no trace. I was set up to look like James Mattis and Mark Hicks know me (I do not know either of them) and that they allow me to commit crimes and to get away with them. I have admitted all crimes to my local police and local federal authorities as well as other Government

Agencies. Being that I was never questioned anywhere but on my eyephone/cellphone (the Mk ultra-program or the Children's Health Insurance Program,) I feel this right was violated and relief should be granted. Because, they elicited answer from me through my thought process that is captured as audio from my vocal vibration.

8th Amendment

My eighth amendment has and is still being violated as I type this suit, cruel and unusual punishments inflicted upon me. First, through the resource I am being penetrated in my vaginal and anal (WITHOUT SOMEONE ACTUALLY TOUCHING MY PHYSICAL BODY) because I gave Justin L Plymale, of Roanoke, VA HIV and he transmitted it to Malia Obama. I didn't have sex with Malia so it would not be on me. They also said because I had sex with Raymond Kinchen Jr. that I was responsible for Kirstyn Gant's (or Grant's) HIV. Secondly, I am HIV negative. Third you (The US military and intelligence community members) can't look behind my eyes and or rape me or physically assault me on a hologram, computer program or robot shell for HIV (especially HIV that would have been *STATE* CRIME.) I've only been out of my resident state as an adult a few times. And, at NO TIME WAS I PASSING HIV. They also claimed to be touching a device OR USING A COMPUTER PROGRAM that induces pain in my physical body because of the disrespect shown to my mother, the oral sex I had with

two cousins when I woke up out my sleep in elementary, the armed robbery and

several other misdemeanor crimes committed as a young adult or in child hood,

these crimes are punishable but sexual and physical assault IS NOT punishment

acceptable by law, even in The United States Field Manuals. Even if I was guilty of

ALL these things The United States of America Military and Its Intelligence Community

HAVE NO RIGHT to sexually or physically assault ANYONE who commits a crime. I was

also implanted with addition chip. I had oral sex with Raymond Kinchen Jr. and I

swallowed his semen. I am not trying to be too sexually or disgust anyone but, (the

swallowing was consensual,) I had no clue that I he placed chips on his penis. He

said they (unknown to which IC or Military member) told him to. Because, I was a

terrorist. If I were a terrorist, first I already have permanent chips through

vaccination, which makes additional chip cruel and very unusual. Another reason he

said he did it (chips on penis) was because, he knew I couldn't stand people

speaking in my body. However, they never really use the chips in my stomach to

communicate, except at night. I only know this because I was up sometimes and they

middle of the night and I hear them. They also say they're allowed to use me as they

please first because the devices (the hologram, robot shell, phone and/or the

computer program) are theirs, even though the chips are in me, and because I

committed crimes. So I allege The United States Military and The United States

Intelligence Community are trying to kill me without leaving a trace because they

(whomever (members of the IC AND MILITARY)) CAN APPREHEND ME FOR MY

CRIMES THEY'VE ALLEGED I'VE COMMIT AND/OR STOP USING THEIR GOVERNMENT

RESOURCES ON ME. Plus when punishment is thought to be extreme and or

enhanced it comes in the form of a max sentence or capital punishment in the form of the death penalty.

9th Amendment

My ninth amendment has and is still being violated because they claimed through the audio that Governor Greitens and his hair dresser were the invasion of privacy case here in Missouri, all while taunting me about how Kirstyn Gant (Grant) and Malia Obama are the only two actual victims. Since there are no real rules about invasion of privacy they're making them as they go along. Invasion has to be proven, however only someone like an Obama would have access to proof through their previous titles as president and first family and Kirstyn Gant (Grant,) because she said she kills for the government and that is why she was able to receive her relief and her proof for her case. Due process of law was denied because there was never an indictment or an arrest. Another way my ninth amendment was violated was because I had proof of a threat that said "There is nothing you can do to get me in ANY trouble, I'm a federal employee and a police officer." Raymond also said "I could get you in trouble but I want to f**k you again." When I took these threats (which could have been my evidence, evidence I no longer have) to my local St. Louis Metropolitan Police Department, and African American officer at the first desk pushed my phone back towards me and said "we no longer take digital threats as evidence because they could be altered (altered a word that felt was a subliminal

taunt and or used to assist in my deprivation of equal rights." Now I also allege that
the United States Intelligence Community and Military member(s) may have been
behind the devices (government resources that collect audio or manipulate and
cause involuntary speech or movement,) again this time through the police but what
is crazy is they altered me kissing my nieces belly and told people I had oral sex with
her.


13th Amendment

   Passed by Congress on January 31, 1865, and ratified on December 6, 1865, the
13th Amendment abolished (put an END to) slavery in the United States. They cannot
just ask me things and know I refuse talk to them and listen to me think and then say
it's their idea. After saying things like she very thoughtful and intellectual. I AM NOT A
SLAVE. I AM NOT AN EXPERIMENT. NOR AM I AN INDENTURED SERVANT. I heard
through the audio they would claim servitude as a form of punishment for me
(bondage for debt,) however I have not stolen that much stuff or bounced that many
checks in my life. When people were property (by USA LAW,) it was normal for a slave
owner to sign his/her AFRICAN AMERICANS up for experiments. James Mattis
claimed that I was an experiment. I don't think CHILD, SEX AND EXPERIMENT go
together, in an experiment AND you first have to give consent, which I did not.
Although I was a child and vaccinated like many others, MY MOTHER WAS NOT
INFORMED. No matter if you place MANDATORY next to it. Not only that, you are given
an option to opt-out of the experiment when you are ready. THIS IS PERMNAMENT. So
I am seeking relief in the form of permanent damages.  I have never been
compensated for being a human subject. REMEMBER THIS IS A LIFE TIME

EXPERIMENT even though they call it a LIFE CYCLE in the ARTIFICIAL INTELLIGENCE ETHICS FRAMEWORK for the INTELLIGENCE COMMUNITY. SO RELIEF SHOULD BE GRANTED.

And these people (refer to list of names attached) have being using these resources for decades, on me without my knowledge, and have not came up with certain ideas, so how could they be theirs?  Justin Plymale says they are OUR ideas, because I wouldn't have thought of them if they were not talking about things. And, if the ideas ARE THEIRS AND NOT MINE, WHY are they discussing their ideas in my body ON A GOVERNMENT RESOURCE?

14th Amendment

My fourteenth amendment has been and is still being violated, because equal protection of the laws mean EQUAL. Since we are all people of different hues I have been locked up several times for my anger and crimes I have committed. I have been to jail and prison, they (people who use these resources) claim immunity. What is equal protection if I can commit a crime and be punished and someone in my body on a government resource(s) a more serious crime and they (member of the USA Military and Intelligence Community) have NO CONSEQUENCES AND GET TO CONTINUE TO COMMIT SAME CRIME, that's not equal?

An enforced law or statue the MANDATORY CHILDS HEALTH INSURANCE PROGRAM has deprived me of my basic rights.

AFTER HEARING AND OR SEEING ALL THE NEWS ABOUT THE LASTEST SCHOOL
SHOOTING, I HAD AN IDEA TO MAKE SURE NO (NOT ONE, EXCEPT IN CASE OF
EMERGENCY) DOOR OF ANY SCHOOL BE OPENED (INCLUDING MANUALLY) during
school hours, SO THAT THEIR COULD BE SAFETY FOR STUDENTS AND STAFF DURING
THE SCHOOL YEAR. THEY (SEE ATTACHEMENT OF NAME) TALK ABOUT HOW THEIR
(MILITARY AND INTELLIGENCE COMMUNITY) MONEY IS SO DISPOSABLE, HAVE YOU
EVER WONDERED WHY THEY HAVENT USED THAT IDEA SINCE THEY'VE STOLEN MY
INTELLECTUAL PROPETY FOR PROFIT? I BELIEVE THEY THRIVE IN CAUSALITIES. MY
SCHOOL IDEA AND IS MORE DESCRIPTIVE BUT I MUST BRIEF.

Benjamin N. Cardozo, Former Associate Justice of the Supreme Court of the United
States once stated "Every human being of adult years and sound mind has a right to
determine what shall be done with his own body."

2. This started to affect me in 2016, but after 2018 I realized it's been going on for at
   least a couple decades.
3. Started in Saint Louis, MO, but it occurs ANYWHERE I go.
4. I HAVE WAY TOO MANY TRIGGERS THAT I HAVE TO PLAY LIKE DON'T BOTHER ME. I
   HAVE SCARS THAT ARE SELF INFLICTED BECAUSE SOMEONE WOULDN'T STOP
   TOUCHING WHATEVER DEVICE THAT CAN INDUCE A REAL FEEL ON MY PHYSICAL
   BODY WITHOUT ANYONE TOUCHING MY PHYSICAL BODY. Out of rage and annoyance
   I scratched my face, BECAUSE, THEY WOULDN'T STOP TOUCHING AND/OR USING A
   DEVICE (HOLOGRAM, ROBOT SHELL OR COMPUTER PROGRAM THAT INDUCE REAL
   FEEL ON MY ACTUAL BODY. I am not a schizophrenic, but I am a little paranoid. Loss

of privacy (EYE SURVIELLANCE), even though I have prided myself on securing it. Loss wages DUE TO STRESS AND MANIPULATION, I was assaulted by correctional officer after a false arrest. Mental stress, things being taken from me that cannot be replaced or PURCHASED the most expensive thing taken from me (Janee' Marchelle Fuller) is MY TIME. A LOSS OF MY SENSE OF SECURITY. CONFUSION ON UNDERSTANDING DIFFRENCE BETWEEN PRIVACY AND SECURITY. I WAS ALREADY SEPERATED FROM MY FAMILY, BEING THE BLACK SHEEP, BUT NOW THERE IS A COMPLETE SEPERATION (how can you TRUST someone who would lie to you continuously)

(DUE TO MANIPALATION) AND I CAN EXPLAIN THAT IN COURT.

5. The United States of America Military and Intelligence Community were inactive (SLOW OR IDLE) to help me or apprehend the suspects.

Their inaction is the reason I am paranoid and have scars. They (FBI EXTREME CRIME UNIT) sent a federal agent five years after my first call to the Federal Bureau of Investigations and I was already paranoid of must things and people. Although I never called Brain and or Chris (I think the FBI agent is Chris, who they sent to my home,) they allowed a person here (on the audio) to say they Brian and Chris were saving Michelle and her family, so I burned my card from Chris. They are a family who also tried to kill me through the MKULTRA program and I felt uncomfortable reaching out to an agent who should know this and would therefore understand the uncomfortable feeling. Which means even after a house visit to me, which shows me they have knowledge of crime, I was still taunted through the MKULTRA MANDATORY health program.  Their (different IC agencies) dispatchers hung up the phone on me several times while I tried to explain my concerns and I was sometimes very

disrespectful, but sometimes I called because of things I was hearing and they made me really scared. The FBI and several other Intelligence Agencies told me to call my local police, but the people bothering me were current or previous federal employees or current or previous military members. I ask several times over the audio (a Gov. Resource) and on calls to different intelligence agencies and military bases to please send someone to talk with me and my parents so they would believe me and understand everything, sense all things national security are subliminal and can be perceived as fanciful or delusional. I ask for a document for an elective surgery, so the doctor would operate without hesitation to have proof when I filed my complaint. The United States Military and Intelligence Community allowed my attempted murder suspects to know my location at all times, all while they get sovereign immunity and can't be charged with stalking and or murder, or misuse of government property. They also made it hard to place a suit into the courts because they talk in my body about all my claims I plan to allege in court and I can hear them discuss their defense among one another and I sometimes get discouraged.

They know the audio says that Justin L Plymale and Raymond Kinchen Jr threatened me saying how I won't stop being sexual and physically assaulted unless I file a lawsuit. So that is knowledge of some form of sexually and physically assault without any consequences behind those serious actions. In 2020 October 13 I wrote a letter to The Department of Defense Inspector General and they sent confirmation back that my letter was received and stated that this was not the right department (DOD IG tip line) to report this type of information (see attached sheet marked DOD IG HOTLINE) to, so in between the letter being sent and several calls and two weeks ago when I received Chris' card, WHAT TOOK SO LONG?

The United States Military and Intelligence Community also harmed me by

disregarding Executive Order 12958, the executive order states that NO

INFORMATION SHOULD OR WILL BE CLASSIFIED IN ORDER TO CONCEAL VIOLATIONS

OF THE LAW OR CONCEALED TO PREVENT EMBRASSMENT OF ORGANIZATION,

PERSON OR AGENCY.

IV. Relief

To be discussed.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒    No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒    No ☐

Do you claim punitive monetary damages?

Yes ☒    No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

    To be discussed.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _9th_ day of _Nov_, 20 _22_.

Signature of Plaintiff(s) _____