**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JANEE' MARCHELLE FULLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-cv-01191-SPM |
| ) | |
| UNITED STATES OF AMERICA ) | |
| MILITARY, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter comes before the Court on three post-dismissal motions filed by plaintiff Janee' Marchelle Fuller. First, plaintiff has filed a "Motion for Protective Order," in which she seeks to prevent the United States Military and the United States Intelligence Community from using "their top secret resources" to "mentally or verbally" abuse her. (Docket No. 11). Second, she has submitted an "Ex Parte Motion for Motion for Judgement on Pleading and a Bench Trial," in which she seeks a bench trial due to the government's mind control efforts. (Docket No. 12). Finally, plaintiff has filed a "Motion for Judgement on the Pleading," in which she accuses the government of using a microchip to assault her "without leaving a trace." (Docket No. 13).

On December 8, 2022, the Court dismissed this action for lack of subject matter jurisdiction, failure to state a claim, and frivolity. (Docket No. 9; Docket No. 10). The Court also denied three similar motions filed by plaintiff. Nothing in the three instant motions addresses the Court's reasoning for dismissing plaintiff's case, much less challenges it. Rather, plaintiff merely reasserts the same allegations from her original complaint. Therefore, the motions will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion for Protective Order" (Docket No. 11), "Ex Parte Motion for Motion for Judgement on Pleading and a Bench Trial" (Docket No. 12), and "Motion for Judgement on the Pleading" (Docket No. 13) are **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from the denial of these motions would not be taken in good faith.

Dated this 20th day of December, 2022.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE